# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREG T. SCHUBERT,<br>    Plaintiff(s)<br><br>           v.<br><br>CITY OF SPRINGFIELD, ET AL.,<br>    Defendant(s) | )<br>)<br>)<br>)   CIVIL ACTION NO. 3:07-30033-MAP<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**JUDGMENT** entered for the defendants City of Springfield, et al., against the plaintiff Greg T. Schubert, pursuant to the court's memorandum and order entered this date, ordering judgment for defendants on all counts.

                                                  **SARAH A. THORNTON**,
                                                  CLERK OF COURT

Dated: March 12, 2009                 By /s/ *Maurice G. Lindsay*
                                                  Maurice G. Lindsay
                                                  Deputy Clerk

(Civil Judgment 2 (Routine).wpd - 11/98)
        [jgm.]